1  SUSSMAN SHANK LLP
   John A. Schwimmer, SBN 109861
2  johns@sussmanshank.com
   Laurie R. Hager, SBN 212162
3  laurie@sussmanshank.com
   1000 SW Broadway, Suite 1400
4  Portland, OR 97205
   Telephone: (503) 227-1111
5  Facsimile: (503) 248-0130

6  Attorneys for Defendant Century 21 Real Estate LLC

7

8           IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | ALPHA FACTORS, INC., a California Corporation dba CENTURY 21 ALPHA FACTORS, INC.; EDWARD V. ZIMBRICK, individually, | ) Case No. C0801408 RS |
| 12 | | ) [Proposed] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |
| 13 | | ) |
| 14 | Plaintiffs, | ) (proposed) |
| 15 | v. | ) |
| 16 | CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive, | ) |
| 17 | | ) |
| 18 | Defendants. | ) |

19    The Court, having reviewed Defendant's Motion to Dismiss for Failure to State a

20 Claim for Relief (FRCP 12(b)(6)), and Plaintiffs' response; having reviewed and

21 considered all the pleadings and files on record herein and being fully advised in the

22 premises;

23    now, therefore, it is hereby

24 ///

25 ///

26 ///

Page 1 – [Proposed] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

1     **ORDERED**, that this Court hereby grants Defendant's Motion to Dismiss each of
2 the causes of action of Plaintiffs' Complaint without leave to amend.
3     DATED this _____ day of _____, 2008.

4

5     By _____
        Magistrate Judge Richard Seeborg

6 Presented by:

7 SUSSMAN SHANK, LLP

8 By *[signature: Laurie Hager]*
  John A. Schwimmer, SBN 109861
9   Laurie R. Hager, SBN 212162
  Attorneys for Defendant

10 F:\CLIENTS\17641\021\P-ORDER OF DISMISSAL (PROPOSED).DOC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – [Proposed] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Sussman Shank LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

CERTIFICATE OF SERVICE

I certify that on March 26, 2008, I served, **via UPS Overnight Delivery**, a full and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**, to the interested parties of record, addressed as follows:

> Ronald R. Rossi
> Susan R. Reischl
> Rossi, Hammerslough, Reischl & Chuck
> 1960 The Alameda, Suite 200
> San Jose, CA 95126

Dated: March 26, 2008

*Laurie R. Hager, OSB No. 01271*

F:\CLIENTS\17641\021\CERTMASTER.DOC

SUSSMAN SHANK LLP, ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400, PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111 | FACSIMILE (503) 248-0130