UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALPHA FACTORS, ET AL.

        Plaintiff(s),

v.

CENTURY 21 REAL ESTATE, ET AL.

        Defendant(s).

No. C 08-01408 RS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 7, 2008

Signature

Counsel for Plaintiff Alpha Factors, et al.
(Plaintiff, Defendant or indicate "pro se")

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA:

     I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 1960 The Alameda, Suite 200, San Jose, CA 95126-1493. On the date set forth below I served the documents described below:

     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

     Laurie Hager, Esq.
     SUSSMAN SHANK LLP
     1000 SW Broadway, Suite 1400
     Portland, OR 97205

     (Attorneys for Defendants Century 21
     Real Estate, et al.)

[X]    (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]    (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]    (BY ELECTRONIC TRANSMISSION) I caused such document(s) to be transmitted by electronic transmission on this date to the offices of addressee(s). The transmission was reported as complete and without error.

[ ]    (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to the offices of addressee(s). The transmission was reported as complete and without error. A copy of the transmission report, properly issued by the transmitting facsimile machine, will be attached hereto after transmission.

[ ]    (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

[X]    (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on April 7, 2008 at San Jose, California.

                                                     ELENA AMARO

Rossi, Hamerslough,
Reischl & Chuck
1960 The Alameda
Suite 200
San Jose, CA
95126-1493
Ph (408) 261-4252
Fax (408) 261-4292