| | |
|---|---|
| 1 | SUSSMAN SHANK LLP |
|   | John A. Schwimmer, SBN 109861 |
| 2 | johns@sussmanshank.com |
|   | Laurie R. Hager, SBN 212162 |
| 3 | laurie@sussmanshank.com |
|   | 1000 SW Broadway, Suite 1400 |
| 4 | Portland, OR  97205 |
|   | Telephone: (503) 227-1111 |
| 5 | Facsimile: (503) 248-0130 |
| 6 | Attorneys for Defendant Century 21 Real Estate LLC |

7

8     IN THE UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA

10    SAN JOSE DIVISION

11

| | | |
|---|---|---|
| 12 | ALPHA FACTORS, INC., a California Corporation dba CENTURY 21 ALPHA FACTORS, INC.; EDWARD V. ZIMBRICK, individually, | ) Case No. C 08-01408 RS ) ) ) CONSENT TO PROCEED BEFORE ) UNITED STATES MAGISTRATE JUDGE |
| 14 | Plaintiffs, | ) |
| 15 | v. | ) |
| 16 | CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive, | ) ) ) ) |
| 18 | Defendants. | ) |

19

20    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

21    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

22    undersigned party hereby voluntarily consents to have a United States Magistrate Judge

23    Conduct any and all further proceedings in this case, including trial, and order the entry of

24    //

25    //

26    //

Page 1 – CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE

1 a final judgment. Appeal from the judgment shall be taken directly to the United States
2 Court of Appeals for the Ninth Circuit.
3     DATED: April 9, 2008.
4                       SUSSMAN SHANK, LLP
5
6                 By     */s/ Laurie R. Hager*
                        John A. Schwimmer, SBN 109861
7                        Laurie R. Hager, SBN 212162
                       Attorneys for Defendant Century 21 Real Estate
8
9
10 F:\CLIENTS\17641\021\P-CONSENT TO MAGISTRATE.DOC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 2 – CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE