1  SUSSMAN SHANK LLP
   John A. Schwimmer, SBN 109861
2  johns@sussmanshank.com
   Laurie R. Hager, SBN 212162
3  laurie@sussmanshank.com
   1000 SW Broadway, Suite 1400
4  Portland, OR  97205
   Telephone: (503) 227-1111
5  Facsimile: (503) 248-0130

6  Attorneys for Defendant Century 21 Real Estate LLC

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| ALPHA FACTORS, INC., a California Corporation dba CENTURY 21 ALPHA FACTORS, INC.; EDWARD V. ZIMBRICK, individually, | Case No. C0801408 RS |
| --- | --- |
| | DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS |
| Plaintiffs, | Date: May 7, 2008 |
| v. | Time: 9:30 a.m. |
| | Place: Courtroom 4 |
| CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive, | |
| Defendants. | |

On March 26, 2008, Defendant served its Motion to Dismiss in this action. Hearing on the motion is set for May 7, 2008. Under Local Rule 7-3(A), Plaintiffs were obligated to file any opposition to the motion on or before April 16, 2008.

On April 10, 2008, counsel for Plaintiffs informed counsel for Defendant that Plaintiffs intended to file an amended complaint in response to the Motion to Dismiss. Counsel for Plaintiffs suggested that Defendant take the hearing on the Motion to Dismiss off calendar. Counsel for Defendant stated that he would do once Plaintiffs actually filed their amended complaint.

-1-

-2-

1  More than two weeks have passed since that conversation, and more than one week has passed since Plaintiffs'' opposition was due.  Plaintiffs have not yet filed an amended complaint or any opposition to the Motion to Dismiss.  The hearing on the Motion to Dismiss is still set for next week, on May 7, 2008.  As Plaintiffs have not filed the amended complaint that they stated was forthcoming, counsel for Defendant has been constrained to prepare this reply and to make travel plans to attend any hearing that might take place.

Under these circumstances, this Court should grant the Motion to Dismiss.  As no opposition was filed, it does not appear that oral argument is necessary.  Defendant respectfully requests that the Court decide the motion without oral argument, in order to save the time and expense of travel for a hearing on a motion that has not been opposed.

SUSSMAN SHANK LLP

By  /s/ John A. Schwimmer
    John A. Schwimmer, SBN 109861
    Laurie R. Hager, SBN 212162
    Attorneys for Defendant Century 21 Real Estate, LLC

F:\CLIENTS\17641\021\P-REPLY RE MOTION TO DISMISS.DOC

-2-

SUSSMAN SHANK LLP

DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS