SUSSMAN SHANK LLP
John A. Schwimmer, SBN 109861
johns@sussmanshank.com
Laurie R. Hager, SBN 212162
laurie@sussmanshank.com
1000 SW Broadway, Suite 1400
Portland, OR 97205
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for Defendant Century 21 Real Estate LLC

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALPHA FACTORS, INC., a California Corporation dba CENTURY 21 ALPHA FACTORS, INC.; EDWARD V. ZIMBRICK, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY 21 REAL ESTATE LLC, a Delaware Limited Liability Company, and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. C0801408 RS<br><br>PROOF OF SERVICE VIA U.S. MAIL |

I am a citizen of the United States and employed in Multnomah County, Oregon. I am over the age of 18 and not a party to this lawsuit. My business address is 1000 SW Broadway, Suite 1400, Portland, Oregon 97205. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 28, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**

-1-

SUSSMAN SHANK LLP

PROOF OF SERVICE VIA U.S. MAIL

1 **PROOF OF SERVICE VIA U.S. MAIL**

2 in a sealed envelope, postage fully paid, addressed as follows:

3 Ronald R. Rossi
Susan R. Reischl
Rossi, Hammerslough, Reischl & Chuck
4 1960 The Alameda, Suite 200
San Jose, CA 95126
5

6 Following ordinary business practices, the envelope was sealed and placed for

7 collection and mailing on this date, and would, in ordinary course of business, be

8 deposited with the United States Postal Service on this date.

9 I declare under penalty of perjury under the laws of the State of California that

10 the above is true and correct. Executed on April 28, 2008, at Portland, Oregon.

11

12        /s/ John A. Schwimmer
        John A. Schwimmer, SBN 109861

13 F:\CLIENTS\17641\021\P-PROOF OF SERVICE - MAIL.DOC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUSSMAN
SHANK
LLP

PROOF OF SERVICE VIA U.S. MAIL