**\*E-FILED 5/5/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALPHA FACTORS, INC., et al, | NO. C 08-01408 RS |
| Plaintiffs, | **ORDER RE MOTION TO DISMISS** |
| v. | |
| CENTURY 21 REAL ESTATE, LLC, et al., | |
| Defendants. | |

Defendant Century 21 Real Estate, LLC filed a motion to dismiss this action on March 26, 2008. Plaintiffs filed no opposition, but defendant represents that plaintiffs' counsel stated an intent to file an amended complaint. No such complaint has been filed as of this date. This matter is suitable for disposition without oral argument, pursuant to Civil Local Rule 7-1 (b). Under these circumstances, the motion to dismiss is granted, with leave to amend. Plaintiffs shall file any amended complaint within 10 court days of the date of this order. Plaintiffs are admonished that they should ensure that they make timely filings in this action to avoid unnecessary expenditures of court resources.

IT IS SO ORDERED.

Dated: May 5, 2008

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Laurie Hager     laurie@sussmanshank.com

Susan Rae Reischl     susan@rhrc.net

John Andrew Schwimmer     johns@sussmanshank.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 5/5/08**                                   **Richard W. Wieking, Clerk**

                                              **By:**      **Chambers**

ORDER RE MOTION TO DISMISS
C 08-01408 RS

2