John A. Schwimmer (State Bar No. 109861)
johns@sussmanshank.com
Laurie R. Hager, (State Bar No. 212162)
laurie@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone   (503) 227-1111
Facsimile     (503) 248-0130

*E-FILED 6/6/08*

Attorneys for Defendant Century 21 Real Estate LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALPHA FACTORS, INC., a California corporation dba CENTURY 21 ALPHA FACTORS, INC.; EDWARD V. ZIMBRICK, individually,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C0801408 RS<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND CERTAIN PRETRIAL DEADLINES; [~~PROPOSED~~] ORDER |

Plaintiffs Alpha Factors, Inc. dba Century 21 Alpha Factors, Inc. and Edward V. Zimbrick ("Plaintiffs") and defendant Century 21 Real Estate, LLC ("Defendant"), by and through their respective counsel of record, do hereby agree and stipulate with respect to the following facts:

A. On March 12, 2008, this Court issued its Order Setting Initial Case Management Conference and ADR Deadlines ("Deadlines Order"), which set (1) June 11, 2008, as the last day to meet and confer with respect to initial disclosures, early settlement, ADR process selection, and discovery plan under FRCP 26(f) and ADR Local Rule 3-5 and to file joint ADR certification with stipulation to ADR process or notice of need for ADR phone conference under Local Rule 16-8, (2) June 25, 2008, as the last day to file the Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a case management statement under FRCP 26(a)(1) and Local Rule 16-9, and (3) July 2, 2008, as the initial case management conference.

B. On May 5, 2008, this Court granted Defendant's motion to dismiss Plaintiffs' complaint with leave to amend.

C. On May 6, 2008, Plaintiffs filed their First Amended Complaint. On May 16, 2008, Defendant filed its motion to dismiss the First Amended Complaint pursuant to FRCP 12(b)(6). Hearing on that motion is set for July 9, 2008.

D. The Court's website and clerk of the Court have advised that the Court is not available on July 2, 2008, the date currently set for the initial case management conference, and therefore that conference is going to have to be continued.

E. The parties to this action believe that it would best serve the interests of judicial economy to postpone the current pre-trial deadlines and case management conference until some reasonable period after the hearing on the pending motion to dismiss (taking into account counsel's existing vacation plans), as the ruling on that motion may substantially impact the scope of the case. There have been no previous extensions of any court deadlines in this case.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the initial case management conference shall be continued until August 20, 2008, at 2:30 p.m. in Courtroom 4, 5th Floor; that the deadline for all matters due under the Deadlines Order by June 11, 2008, shall now be July 30, 2008; and that the deadline

1  for fifteen (15) court days; the Deadlines Order by June 25, 2008, shall now be
2  August 13, 2008.
3
4                    ROSSI, HAMMERSLOUGH, REISCHL & CHUCK
5                    By _____/s/_____
6                        Ronald R. Rossi
                         Susan R. Reischl
7                        Attorneys for Plaintiffs
   SUSSMAN SHANK LLP
8
9                    By _____/s/_____
                         John A. Schwimmer
10                       Laurie R. Hager
                         Attorneys for Defendant Century 21 Real Estate LLC
11
12                                ORDER
13       THE FOREGOING STIPULATION IS APPROVED AND IT IS SO
14 ORDERED.
15
16 Dated: June 6, 2008.        _____/s/_____
                               United States Magistrate Judge Richard Seeborg
17
18 F:\CLIENTS\17641\021\P-STIP CONTINUE CASE MANAGEMENT.DOC

-3-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND CERTAIN PRETRIAL DEADLINES; [Proposed] ORDER