John A. Schwimmer (State Bar No. 109861)
johns@sussmanshank.com
Laurie R. Hager, (State Bar No. 212162)
laurie@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone    (503) 227-1111
Facsimile    (503) 248-0130

*E-FILED 7/7/08*

Attorneys for Defendant Century 21 Real Estate LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALPHA FACTORS, INC., a California corporation dba CENTURY 21 ALPHA FACTORS, INC.; EDWARD V. ZIMBRICK, individually,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C0801408 RS<br><br>STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF; [PROPOSED] ORDER |

Plaintiffs Alpha Factors, Inc. dba Century 21 Alpha Factors, Inc. and Edward V. Zimbrick ("Plaintiffs") and defendant Century 21 Real Estate, LLC ("Defendant"), by and through their respective counsel of record, do hereby agree and stipulate with respect to the following facts:

-1-

SUSSMAN SHANK LLP

STIPULATION TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF; [PROPOSED] ORDER

A. Defendant's Motion to Dismiss First Amended Complaint for Failure to State a Claim for Relief ("Motion to Dismiss") is currently set for hearing before this Court on July 9, 2008.

B. On July 1, 2008, the parties spoke directly with one another and reached a tentative agreement on terms of a settlement in principle of this action. As a result, the parties would like to avoid incurring further attorneys fees in litigating this matter and devote their time and effort to trying to finalize and document this settlement.

C. As a result, the parties would like to continue the hearing on the Motion to Dismiss in order to give them time to try to finalize and document a settlement.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the hearing on Defendant's Motion to Dismiss Amended Complaint for Failure to State a Claim shall be continued form July 9, 2008 to August 13, 2008 at 9:30 a.m.

ROSSI, HAMMERSLOUGH, REISCHL & CHUCK

By _/s/ Steven Wheeler_ 7/3/2008
Ronald R. Rossi
Steven Wheeler
Attorneys for Plaintiffs

SUSSMAN SHANK LLP

By _/s/ John A. Schwimmer_
John A. Schwimmer
Laurie R. Hager
Attorneys for Defendant Century 21 Real Estate LLC

ORDER

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: July _7_, 2008.

_/s/ Richard Seeborg_
United States Magistrate Judge Richard Seeborg