John A. Schwimmer (State Bar No. 109861)
johns@sussmanshank.com
Laurie R. Hager, (State Bar No. 212162)
laurie@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone (503) 227-1111
Facsimile (503) 248-0130

Attorneys for Defendant Century 21 Real Estate LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALPHA FACTORS, INC., a California corporation dba CENTURY 21 ALPHA FACTORS, INC.; EDWARD V. ZIMBRICK, individually,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. C0801408 RS<br><br>STIPULATION TO CONTINUE (1) HEARING ON PLAINTIFFS' MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM FOR RELIEF AND (2) CASE MANAGEMENT CONFERENCE; [Proposed] ORDER |

Plaintiffs Alpha Factors, Inc. dba Century 21 Alpha Factors, Inc. and Edward V. Zimbrick ("Plaintiffs") and defendant Century 21 Real Estate, LLC ("Defendant"), by and through their respective counsel of record, do hereby agree and stipulate with respect to the following facts:

A. Defendant's Motion to Dismiss First Amended Complaint for Failure to State a Claim for Relief ("Motion to Dismiss") is currently set for hearing before this Court on August 13, 2008. The Case Management Conference in this case is scheduled for August 20, 2008.

B. The parties have reached an agreement on terms of a settlement in principle of this action. Negotiation and preparation of the settlement documentation is being handled by counsel other than litigation counsel and, because potential bankruptcy issues have arisen, completion of the settlement documentation has proven to be more complex and taken longer than expected. Therefore, the parties would like to further extend the dates for the Motion to Dismiss and Case Management Conference in order to permit them the time to finalize the documentation of the settlement without incurring any further litigation expenses.

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED that the hearing on Defendant's Motion to Dismiss Amended Complaint for Failure to State a Claim shall be continued from August 13, 2008 to September 10, 2008 at 9:30 a.m. and the Case Management Conference shall be continued from August 20, 2008 to September 24, 2008 at 2:30 p.m.

ROSSI, HAMMERSLOUGH, REISCHL & CHUCK

By _____  8/7/2008
Ronald R. Rossi
Steven Wheeler
Attorneys for Plaintiffs

SUSSMAN SHANK LLP

By _____  8/7/08
John A. Schwimmer
Laurie R. Hager
Attorneys for Defendant Century 21 Real Estate LLC

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

Dated: August ___, 2008.

_____
United States Magistrate Judge Richard Seeborg

F:\CLIENTS\17641\021\P-STIP CONTINUE MOTION TO DISMISS & CASE MANAGEMENT.DOC