# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Alpha Factors Inc., | 08-01408 RS |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Century 21 Real Estate LLC, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01408 RS                        -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4    It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: August 8, 2008

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Lisa M. Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**PROOF OF SERVICE**

Case Name:         Alpha Factors Inc. v. Century 21 Real Estate LLC

Case Number:    08-01408 RS

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 8, 2008, I served a true and correct copy of:

> **Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Susan Rae Reischl
> Rossi Hamerslough Reischl & Chuck
> 1960 The Alameda
> Suite 200
> San Jose, CA 95126-1493
> susan@rhrc.net
>
> Ronald Raymond Rossi
> Rossi, Hamerslough, Reischl & Chuck
> 1960 The Alameda Ste 200
> San Jose, CA 95126-1493
>
> John Andrew Schwimmer
> Sussman Shank, LLP
> 1000 SW Broadway, #1400
> Portland, OR 97205
> johns@sussmanshank.com
>
> Laurie Hager
> Sussman Shank LLP
> 1000 SW Broadway, Suite 1400

Portland, OR 97205
laurie@sussmanshank.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 8, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa M. Salvetti

*/s/ Lisa M. Salvetti*

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov