John A. Schwimmer (State Bar No. 109861)
johns@sussmanshank.com
Laurie R. Hager, (State Bar No. 212162)
laurie@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone      (503) 227-1111
Facsimile:     (503) 248-0130
Attorneys for Defendant Century 21 Real Estate LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALPHA FACTORS, INC., a California corporation dba CENTURY 21 ALPHA FACTORS, INC.; EDWARD V. ZIMBRICK, individually, Plaintiff, v. CENTURY 21 REAL ESTATE LLC, a Delaware limited liability company, and DOES 1 through 10 inclusive, Defendant. | Case No. c0801408 rs<br>STIPULATION OF DISMISSAL WITH PREJUDICE |

By and through their respective counsel of record, Plaintiffs Alpha Factors, Inc. dba Century 21 Alpha Factors, Inc. and Edward B. Zimbrick, and Defendant Century 21 Real Estate, LLC, do hereby agree and stipulate that the above-captioned action shall be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each of the parties shall bear their own attorneys' fees and costs.

Dated: August 14, 2008

Rossi, Hammerslough, Reischl & Chuck

By _____
Ronald R. Rossi
Susan R. Reischl
Attorneys for Plaintiffs

Dated: August 14, 2008   SUSSMAN SHANK LLP

By _____
John A. Schwimmer
Attorneys for Defendant Century 21 Real Estate LLC